UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-14005-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

GREGORY VANCE WHITE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on March 17, 2009. A Report and Recommendation was filed on March 30, 2009, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Counts One and Count Two of the Indictment, which charges the Defendant in Count One with using a computer to persuade, induce, entice and coerce a person under 18 years of age to engage in sexual activity, and attempting to do so, in violation of Title 18, United States Code, Section 2422(b); and in Count Two with receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2S day of April, 2009.

                                    JOSE E. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office